THOMAS HAMILTON, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued January 25, 1876 ; decided February 16, 1876.)

*Peter Mitchell* for the plaintiff in error.

*Benjamin K. Phelps* for the defendant in error.

Agree to affirm.   No opinion.
All concur, except CHURCH, Ch. J., not voting.
Judgment affirmed.